McCRARY v. BYRD

No. 131P02

Case below: 148 N.C. App. 630

Petition by unnamed defendant (Nationwide Mutual Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Petition by unnamed defendant (Nationwide Mutual Insurance Company) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

MORGANHERRING v. STATE

No. 340A95-4

Case below: Wake County Superior Court

Application by petitioner for writ of habeas corpus denied 18 February 2003. Application by petitioner for writ of habeas corpus denied 19 February 2003. Application by petitioner for second amended writ of habeas corpus denied 25 February 2003.

MOSS v. TOWN OF KERNERSVILLE

No. 407P02

Case below: 150 N.C. App. 713

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

MYERS v. MUTTON

No. 84P03

Case below: 155 N.C. App. 213

Petition by plaintiff and petitioner (Faison & Gillespie) for writ of supersedeas and motion for temporary stay denied 11 February 2003.